EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1940
  Fax: (916) 322-8288
  Email: Maria.Chan@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY CASEY,**<br><br>                    Petitioner,<br><br>     v.<br><br>**K. MENDOZA-POWERS,**<br><br>                    Respondent. | 1:07-cv-00274-AWI-TAG HC<br><br>**ORDER GRANTING FIRST REQUEST FOR AN EXTENSION OF TIME**<br><br>(DOCUMENT #7) |

Respondent's first request for a thirty-day extension of time to file a motion to dismiss the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a motion to dismiss by March 11, 2008.

IT IS SO ORDERED.

Dated:  **February 22, 2008**                              **/s/ Theresa A. Goldner**
                                                                                  UNITED STATES MAGISTRATE JUDGE

Order

1