EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JESSICA N. BLONIEN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 322-8288
 Email: Maria.Chan@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TIMOTHY CASEY,**<br><br>Petitioner,<br><br>v.<br><br>**K. MENDOZA-POWERS,**<br><br>Respondent. | 1:07-cv-00274 AWI TAG (HC)<br><br>**ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE ANSWER**<br><br>**(DOC. #9)** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.

On March 7, 2008, Respondent filed a motion requesting a thirty (30) day extension of time to file an answer to the Petition for Writ of Habeas Corpus.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

/ / / / /

Order

1

Respondent is granted an extension of time up to and including April 10, 2008 to file an answer to the petition.

IT IS SO ORDERED.

Dated: **March 14, 2008**               /s/ Theresa A. Goldner
                                        UNITED STATES MAGISTRATE JUDGE