IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CASEY, | 1:07-cv-00274-AWI-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE, AND DENYING PETITIONER'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A TRAVERSE |
| vs. | |
| K. MENDOZA-POWERS, | |
| Respondent. | |
| _____/ | (Docs. 12, 13 )<br><br>DEADLINE TO FILE TRAVERSE:<br>June 2, 2008 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 30, 2008, Petitioner filed a motion to extend the time to file a traverse.  (Doc,. 12).  On May 5, 2008, Petitioner filed a second motion for an extension of time to file a traverse. (Doc. 13).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's first motion for an extension of time to file a traverse (Doc. 12) is GRANTED;

2. Petitioner shall have to and including June 2, 2008 to file a traverse; and

3. Petitioner's second motion for an extension of time to file a traverse (Doc. 13) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 13, 2008**                                          **/s/ Theresa A. Goldner**
                                                                            UNITED STATES MAGISTRATE JUDGE