IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CASEY, | 1:07-cv-00274 AWI TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF |
| vs. | TIME TO FILE A TRAVERSE |
| K. MENDOZA-POWERS, Warden, | (Doc. 15) |
| Respondent. | DEADLINE TO FILE TRAVERSE: July 3, 2008 |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 30, 2008, petitioner filed a third motion to extend the time to file his traverse.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1.  Petitioner shall have to and including July 3, 2008 to file his traverse.

IT IS SO ORDERED.

Dated:  **June 3, 2008**                                        **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE