IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CASEY,<br><br>    Petitioner,<br><br>    vs.<br><br>K. MENDOZA-POWERS,<br><br>    Respondent.<br>_____/ | 1:07-cv-00274-AWI-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 17)<br><br>DEADLINE TO FILE TRAVERSE:<br>August 4, 2008 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 7, 2008, Petitioner filed his fourth motion to extend time to file traverse.  (Doc. 17).

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted an extension of time to and including Monday, August 4, 2008, to file and serve a traverse in this action.


IT IS SO ORDERED.

Dated:  **July 10, 2008**         /s/ Theresa A. Goldner
                                                             UNITED STATES MAGISTRATE JUDGE